IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF NEW YORK MELLON,

    Plaintiff,                                No. CIV S-12-640 JAM CKD PS

    vs.

MICHAEL LEVINE, et al.,

    Defendants.                            <u>ORDER</u>

_____/

        Defendants, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On March 15, 2012, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1.   The findings and recommendations filed March 15, 2012 are adopted in full; and

2.   The above-entitled action is summarily remanded to the Superior Court of California, County of Sutter.

DATED: May 4, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE